USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 96-1503 JESUS SALAS-RIJOS AND ANA SALAS, Plaintiffs, Appellants, v. COSTA CRUISE LINES, N.V., ET AL., Defendants, Appellees. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Carmen Consuelo Cerezo, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Coffin, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ _________________________ Harry A. Ezratty on brief for appellants. ________________ William A. Graffam, Jos Luis Su rez-Villafa e, and Jimenez, __________________ __________________________ ________ Graffam & Lausell on brief for appellees. _________________ _________________________ January 14, 1997 _________________________ Per Curiam. Having reviewed the record and considered Per Curiam. __________ the parties' briefs, we are fully persuaded that the court below did not err in granting summary judgment in favor of the defendant. Since the reasons underlying this ruling are clearly set forth in the district court's opinion, see Salas-Rijos v. ___ ___________ Costa Cruise Lines, N.V., No. 94-2342CCC (D.P.R. Feb. 9, 1995), ________________________ we need go no further. Instead, we affirm the judgment for substantially the reasons elucidated by Chief Judge Cerezo in her well-reasoned rescript. Affirmed. Affirmed. ________ 2